PHILIP MARX, PLAINTIFF-PETITIONER,
v. LOUIS JAFFE, DEFENDANT-RESPONDENT.

*Mr. Louis Asarnow* for the petitioner.

*Mr. Richard M. Glassner* and *Mr. Salvatore A. Brancato* for the respondent.

October 4, 1966. Denied.

G. WILBUR TATUM, PLAINTIFF-PETITIONER, v. BOARD OF ADJUSTMENT OF THE BOROUGH OF OAKLAND, DEFENDANT-RESPONDENT.

*Messrs. Losche & Losche* for the petitioner.

*Mr. Marlin T. Durkin* for the respondent.

October 4, 1966. Denied.

WILLIAM J. BATE, PLAINTIFF-PETITIONER, v. JOSEPH J. VANECEK, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. Howard Stern* for the petitioner.

*Mr. Oscar R. Wilensky* and *Mr. George L. Garrison* for the respondents.

October 4, 1966. Denied.